**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jessica Lancaster, OSB No. 134151**
Email: jessica.lancaster@chockbarhoum.com
**Amber R. Pritchard, OSB No. 215746**
Email: amber.pritchard@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
Telephone: 503.223.3000

Attorneys for Defendant Walmart, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRACY JO NYGARD, | Case No. 3:23-CV-00373-YY |
| Plaintiff, | **DEFENDANT WALMART, INC.'S ANSWER AND AFFIRMATIVE DEFENSES** |
| v. | **JURY TRIAL DEMANDED** |
| WALMART, INC. A DELAWARE CORPORATION, | |
| Defendant. | |

In answer to Plaintiff's Complaint, Defendant Walmart, Inc. admits, denies, and alleges as follows:

1.

Defendant admits paragraphs 1 through 3 of Plaintiff's Complaint.

2.

Defendant denies paragraph 4 of Plaintiff's Complaint.

3.

Defendant admits paragraph 5 of Plaintiff's Complaint.

4.

Defendant denies paragraphs 6 through 9 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### (Comparative Fault)

5.

Plaintiff's damages, if any, were caused, at least in part, by her own fault or negligence in failing to keep or maintain a proper lookout.

### (Failure to Mitigate)

6.

Plaintiff failed to mitigate her damages by not properly treating or rehabilitating her injuries, if any.

/ / /

/ / /

/ / /

## RESERVATION OF RIGHTS

7.

Defendant reserves the right to amend this answer or modify Defendant's affirmative defenses as the facts of the case unfold in discovery.

WHEREFORE, Defendant prays for judgment in Defendant's favor, Defendant's costs and disbursements incurred herein, and any other relief the court deems equitable, just, and proper.

DATED this 22nd day of March 2023.

**CHOCK BARHOUM LLP**

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Jessica M. Lancaster, OSB No. 134151
Email: jessica.lancaster@chockbarhoum.com
Amber R. Pritchard, OSB No. 215746
Email: amber.pritchard@chockbarhoum.com
Electronic service: e-service@chockbarhoum.com
    Attorneys for Defendant Walmart, Inc

**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Jessica Lancaster, OSB No. 134151**
Email: jessica.lancaster@chockbarhoum.com
**Amber R. Pritchard, OSB No. 215746**
Email: amber.pritchard@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
Telephone: 503.223.3000

      Attorneys for Defendant Walmart, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRACY JO NYGARD, | Case No. 3:23-CV-00373-YY |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WALMART, INC. A DELAWARE CORPORATION, | |
| Defendant. | |

    I hereby certify that on the 22nd day of March 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such

Page 1    CERTIFICATE OF SERVICE

WAL077.0376

filing to all registered individuals. Additionally, I hereby certify that a true copy of the foregoing **DEFENDANT WALMART, INC.'S ANSWER AND AFFIRMATIVE DEFENSES** was served as stated below on:

| | |
|---|---|
| Thomas J. Elliott<br>Martin Elliott Snell PC<br>7070 SW Nyberg Road, Suite B<br>PO Box 575<br>Tualatin, OR 97062<br>    *Attorneys for Plaintiff* | ☐ By hand delivery<br>☐ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission:<br>   Fax #:<br>☑ By e-mail:<br>   telliott@mes-law.com<br><br>☑ By U.S. District Court CM/ECF e-filing service to registered parties |

\*With first-class postage prepaid and deposited in Portland, Oregon.

Dated this 22nd day of March 2023.

**CHOCK BARHOUM LLP**

*[signature]*

John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Jessica Lancaster, OSB No. 134151
Email: jessica.lancaster@chockbarhoum.com
Amber R. Pritchard, OSB No. 215746
Email: amber.pritchard@chockbarhoum.com
Electronic service: e-service@chockbarhoum.com
    Attorneys for Defendant Walmart, Inc.
