**John Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 500
Portland, OR  97204
Telephone: 503.223.3000

Attorneys for Defendant Walmart, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRACY JO NYGARD, | Case No. 3:23-cv-00373-YY |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WALMART, INC., a Delaware corporation, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action, by and through their respective counsel, hereby stipulate and agree that in consideration of a negotiated settlement executed by them, this action should be dismissed with prejudice, including all claims and

/ / /

Page 1    JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

counterclaims stated herein against all parties, with each party to bear its own attorney fees and costs.

Date: 1/30/25

Thomas J. Elliott, OSB No. 842124
Email: telliott@mes-law.com
Attorney for Plaintiff

**CHOCK BARHOUM LLP**

Date: 1/31/2025

John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Attorneys for Defendant Walmart, Inc.

**ORDER OF DISMISSAL**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, with each party bearing their own attorney fees and costs.

DATED this ____ day of _____, 2025.

_____
MAGISTRATE JUDGE